UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:25-CV-00796-CRS-RSE

MIKEY L.S. PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY DEFENDANT

**ORDER**

The magistrate judge has filed her Report and Recommendation (DN 18); no objections thereto have been filed and the time for filing objections has expired. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation (DN 18) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the reversal and remand of this action pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

November 4, 2026

Charles R. Simpson III, Senior Judge
United States District Court